to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MOLLIE LANDES, as Administratrix, etc., of SOLOMON LANDES, Deceased, v. LUTHERAN HOSPITAL OF MANHATTAN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MOR W. TESTA v. CLASSIC THEATRE CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before June 7, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MAX SCHWARTZ and Another, Copartners, etc., v. NATHAN ZIMMERMAN.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

PHILIP KASSOVER v. ARMIN GYORI and Another, Doing Business, etc., as REDIFONE CORPORATION OF AMERICA and Others.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CROKER NATIONAL FIRE PREVENTION ENGINEERING COMPANY v. SUCCESS THEATRE CORPORATION, Also Known as HARRIS THEATRICAL ENTERPRISES.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

WILLIAM K. JOHNSON and Others v. SINCLAIR CONSOLIDATED OIL CORPORATION.— Application granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of EUGENE HIGGINS v. GEORGE P. NICHOLSON, as Corporation Counsel of the City of New York.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

THOMAS J. DRENNAN, Fire Commissioner, etc., v. AMERICAN PRESS ASSOCIATION.— Motion granted. Present — Dowling, Merrell, McAvoy and Martin, JJ.

EUGENIO VARAGNOLO v. PARTOLA MANUFACTURING COMPANY.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

GEORGE E. SEALY Co., INC., v. ARDS BUILDING CORPORATION, Impleaded, etc.— Motion for leave to appeal granted. Motion for reargument denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. " JOHN DOE " COLBY, Impleaded with FRANK WHITNEY.— Motion denied as unnecessary. (See Code Crim. Proc. § 519.) Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MARCUS M. GOLDSCHMIDT v. HARRY COOPER, Impleaded, etc.— Motion granted. Order resettled. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

GLADLY REALTY CORPORATION v. FLORETTA HOLDING CORPORATION, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application for Letters of Administration on Goods, Chattels and Credits of ELIZABETH HARRIS, Also Known as LIZZIE HARRIS, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of Estate of BRADISH JOHNSON v. GEORGE

P. NICHOLSON, as Corporation Counsel of the City of New York.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

FLORENCE M. POLSEY v. WALDORF-ASTORIA, INC., and Another.— Motion granted. Order resettled. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

SANITA CELENTANO V. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

WESTCHESTER CLEANING & DYEING CO., INC., v. BARNETT NASSAU.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOSEPH SOMMERS V. ELI GUTTERMAN and Another, Impleaded, etc.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

SAMUEL HANDEL V. CO-ED DRESSMAKERS, INC.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of SUSQUEHANNA SILK MILLS for an Order Directing that Arbitration Proceed to Settle Controversy between Petitioner and FAIR WAIST & DRESS CO., INC.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HENRI M. SLIOSBERG V. NEW YORK LIFE INSURANCE COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CHARLES STRAVINSKY V. ELLERMANS WILSON LINE, LTD., Impleaded with JOHN T. CLARK & SONS, INC.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CHARLES M. GRAY MARBLE AND SLATE COMPANY V. EARLINGTON REALTY CORPORATION, Impleaded with FRANK E. TOORS.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HERMAN WOLFF V. YORKVILLE OPERATING CO., INC. LENA WOLFF V. YORKVILLE OPERATING CO., INC.— Application denied and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HARRY SACHS V. PHILIP WEINSTEIN and Another, Individually, etc., and Others.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

LILLIAN FRIEDEL V. NICHOLAS FRIEDEL.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before May 17, 1926, and accept notice of argument for May 25, 1926. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

THE CITY OF NEW YORK v. W. W. HODKINSON CORPORATION.— Preference granted for October 5, 1926. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

In the Matter of JOHANNA TEHAN, Also Known as JOHANNA TAHEN, Deceased.— Preference granted for May 25, 1926. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

In the Matter of WILHELMINA STAIGER, Deceased.— Preference granted for June 8, 1926. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES WALLACH.— Preference granted for June 8, 1926. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.